# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *Dallas Division*

Amy Clara Alphin
Plaintiff

v.

Lee Lewis Construction, Inc.
Defendant

3:20-cv-00644-N
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Amy Clara Alphin

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*\*Please separate names with a comma. Only text visible within box will print.*

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*\*Please separate names with a comma. Only text visible within box will print.*

Amy Clara Alphin
Lee Lewis Construction, Inc.
Vincent J. Bhatti
Ditty S. Bhatti
The Bhatti Law Firm, PLLC

| | |
|---|---|
| Date: | March 16, 2020 |
| Signature: | /s/Vincent J. Bhatti |
| Print Name: | Vincent J. Bhatti |
| Bar Number: | 24055169 |
| Address: | 14785 Preston Road, Suite 550 |
| City, State, Zip: | Dallas, TX 75254 |
| Telephone: | (214) 253-2533 |
| Fax: | (214) 279-0033 |
| E-Mail: | vincent.bhatti@bhattilawfirm.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons